| | |
|---|---|
| 1 | HARVEY P. SACKETT (72488) |
| 2 | **SACKETT AND ASSOCIATES** |
| 3 | A PROFESSIONAL LAW CORP. |
| 4 | 1055 Lincoln Avenue<br>San Jose, California 95125-6011 |
| 5 | Telephone: (408) 295-7755<br>Facsimile: (408) 295-7444 |
| 6 | /as |
| 7 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA GROSS, | ) | Case No. 2:18-cv-2486-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until May 10, 2019, in which to e-file her Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before June 10, 2019. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (twelve opening briefs due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

///

1

STIPULATION AND ORDER

Dated: April 12, 2019         /s/HARVEY P. SACKETT
                              HARVEY P. SACKETT
                              Attorney for Plaintiff
                              LAURA GROSS


Dated: April 12, 2019         /s/DANIEL P. TALBERT
                              DANIEL P. TALBERT
                              Special Assistant U.S. Attorney
                              Social Security Administration

IT IS ORDERED.

Dated: April 23, 2019.

                              EDMUND F. BRENNAN
                              United States Magistrate Judge

2
STIPULATION AND ORDER